COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR EMERGENCY STAY

Appellate case name:     In re Cynthia Former

Appellate case number:   01-13-00445-CV

Original Proceeding on Petition for Writ of Mandamus from *Houston Durga Bari Society v. Former*, No. 2013-14667, in the 151st District Court of Harris County, Texas, the Hon. Michael Engelhart presiding.

On May 28, 2013, relator, Cynthia Former, filed a petition for writ of mandamus and a motion for emergency stay. We GRANT relator's motion for emergency stay. The June 24, 2103 hearing on the motion for summary judgment is stayed. The stay is effective until this mandamus proceeding is finally decided.

The Court further requests a response from the real party in interest. The response, if any, is due no later than June 19, 2013.

It is so ORDERED.


Judge's signature: ____/s/ Laura C. Higley_____
                        Acting individually


Date: ___May 30, 2013_____